UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

ASHISH DOLE,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 

**ORDER**

**TO BE FILED UNDER SEAL**

17 Cr. __ (JGK)

**17 CRIM 698**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 1 3 2017

WHEREAS, an application has been made by Joshua A. Naftalis, Assistant United States Attorney for the Southern District of New York, that documents and docket entries in this case be sealed or not docketed, as the case may be; and

WHEREAS, the defendant, ASHISH DOLE, has cooperated and is expected to continue to cooperate with the Government in an ongoing criminal investigation;

WHEREAS, the Government presently expects that DOLE's cooperation, in part, will allow the Government to charge others in its investigation;

THE COURT, AFTER DUE CONSIDERATION, HEREBY FINDS that

(1) there is a substantial probability of prejudice to a compelling interest to DOLE's and the Government should knowledge of DOLE's arrest and guilty plea to an information become known. In particular, there is a substantial probability that disclosure of information indicating DOLE's arrest and guilty plea would cause the targets of this investigation to obstruct of justice, including by destroying documents and/or by harassing and threatening potential witnesses, and flee from justice;

(2) there are no reasonable alternatives to protect the Government's and DOLE's compelling interests that would be prejudiced by public access to the documents and docket entries in this case; and

(3)     in the circumstances of this case, the prejudice to the Government's and DOLE's compelling interests significantly outweigh the public's qualified First Amendment right of access to the documents and docket entries in this case;

ACCORDINGLY, IT IS HEREBY ORDERED that

(1)     any documents in this case shall be sealed and remain undocketed;

(2)     any docket entries in this case (including ECF and PACER entries) shall be sealed;

(3)     the caption in this case shall be changed to "United States v. John Doe";

(4)     the Government's application and this Order shall be sealed and remain undocketed;

(5)     the Government shall notify the Court by letter promptly when its investigation has ended; and

(6)     upon the Court's receipt of the Government's letter, the caption shall be changed to its original form and any documents or entries that have not been docketed shall be and any sealed documents and docket entries shall be unsealed, with the exception of the transcript of DOLE's guilty plea, which shall remain sealed until such time as it becomes subject to disclosure.

Dated:  New York, New York
        November 13, 2017

                                            _____
                                            THE HONORABLE JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK