

**MEMO ENDORSED**

Gregory W. Kehoe
Tel 813.318.5732
Fax 813.318.5923
KehoeG@gtlaw.com

July 27, 2020

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Ashish Dole*
                **Case No. 17-cr-698 (KPF)**

Dear Judge Failla:

      On behalf of Mr. Ashish Dole, the undersigned respectfully requests a 90-day adjournment of the sentencing in this matter currently set for August 19, 2020. The undersigned has consulted with representatives of the United States Attorney's Office and they concur in the 90-day adjournment.

      The fundamental reason for this request centers on the inability of counsel to meet and confer with my client to prepare for the sentencing submissions and hearing. Since mid-March 2020, the undersigned has been in Tampa, Florida. As of now, any return to New York to meet with my client to prepare has been curtailed by New York's two-week quarantine order for all travelers coming to New York from Florida. It is unknown how long the quarantine mandate will remain in effect.

      According, the undersigned respectfully requests that this Court adjourn the sentencing date for a period of 90 days with concomitant extensions for the submission of pre-sentencing filings by the Government and Mr. Dole.

Honorable Katherine Polk Failla
July 27, 2020
Page 2

                                              Respectfully submitted,

                                              */s/ Gregory W. Kehoe*
                                              Gregory W. Kehoe

Application GRANTED.  Mr. Dole's sentencing, previously scheduled for August 19, 2020, is hereby ADJOURNED to **November 18, 2020 at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.  The deadlines for the parties' sentencing submissions are concomitantly extended.

Dated: July 29, 2020        SO ORDERED.
       New York, New York

                                             *[signature]*

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE