

Gregory W. Kehoe
Tel 813.318.5732
Fax 813.318.5923
KehoeG@gtlaw.com

January 15, 2021

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Ashish Dole*
               Case No. 17-cr-698 (KPF)

Dear Judge Failla:

    On behalf of Mr. Ashish Dole, the undersigned respectfully requests a 90-day adjournment of the sentencing in this matter currently set for February 17, 2021. The undersigned has consulted with representatives of the United States Attorney's Office and they concur with the 90-day adjournment.

    The fundamental reason for this request centers on the inability of counsel to meet and confer with my client to prepare for the sentencing submissions and hearing. Since mid-March 2020, the undersigned has been almost exclusively in Tampa, Florida. As of now, any return to New York to meet with my client to prepare has been curtailed by New York's quarantine instructions as well as the increase on COVID-19 infections in both New York and Florida. It is unknown how long the quarantine restrictions will remain in effect. In addition, it is my understanding that sentencing hearings in other cases related to this matter have also been adjourned for unrelated legal reasons.

    According, the undersigned respectfully requests that this Court adjourn the sentencing in this matter until May 2021 or any such time that is convenient for the Court with concomitant extensions for the submission of pre-sentencing filings by the Government and Mr. Dole.

                                Respectfully submitted,

                                */s/ Gregory W. Kehoe*
                              Gregory W. Kehoe

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MINNEAPOLIS
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
SACRAMENTO
SALT LAKE CITY
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WEST PALM BEACH
WESTCHESTER COUNTY

¬ OPERATES AS
   GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS A
   SEPARATE UK REGISTERED LEGAL ENTITY
+ OPERATES AS
   GREENBERG TRAURIG, S.C.
∞ OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
   GREENBERG TRAURIG, P.A.,
   FLORIDA, USA
¤ OPERATES AS
   GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
   GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, P.A.
101 East Kennedy Boulevard▪Suite 1900▪Tampa, Florida 33602
Tel 813.318.5700▪ Fax 813.318.5900 ▪ www.gtlaw.com