



Gregory W. Kehoe
Tel 813.318.5732
Fax 813.318.5923
KehoeG@gtlaw.com

June 23, 2021

**By CM/ECF**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ashish Dole*
              **Case No. 17-cr-698 (KPF)**

Dear Judge Failla:

      As a follow-up to the Court's Order setting Mr. Dole's sentencing hearing for August 18, 2021 at 3:00 p.m. (Docket Entry 32), the undersigned respectfully requests an extension of Mr. Dole's sentencing date for an additional 90 days (to on or after November 16, 2021) and concomitant extensions for the submission of pre-sentencing filings by the Government and Mr. Dole. We respectfully request that the Government's sentencing submission be continued to November 2, 2021 and Mr. Dole's sentencing submission be continued to November 9, 2021. We have spoken to Andrea Griswold at the U.S. Attorney's Office, who has agreed to the above requests.

                                          Respectfully submitted,

                                          */s/ Gregory W. Kehoe*
                                          Gregory W. Kehoe

cc: Counsel of Record via ECF

Application GRANTED.  Mr. Dole's sentencing is ADJOURNED to **December 1, 2021, at 3:00 p.m.** The Government's sentencing submission is due **November 16, 2021,** and Mr. Dole's submission is due **November 23, 2021.**

Dated:   June 24, 2021
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE